UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-192- JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| ALVIN LOUIS GLASS, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on September 17, 2008. The United States was represented by AUSA Patricia C. Lally and the defendant by Lee A. Covell. The proceedings were digitally recorded.

Defendant had been sentenced on or about December 1, 2006 by the Honorable John C. Coughenour on a charge of Conspiracy to Commit Bank Fraud, and sentenced to 24 months custody, 3 years supervised release. (Dkt. 144.)

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a drug program, abstain from alcohol, submit to search, participate in a mental health program, pay restitution in the amount of $34,281.97, provide access to financial information, disclose all assets and liabilities, and be prohibited from obtaining any

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

identification documents in any but his true legal name.

The conditions of supervision were modified on February 27, 2008 to require residence and successful participation in a residential reentry program for up to 120 days.

In an application dated August 18, 2008 (Dkt. 188) U.S. Probation Officer Thomas J. Fitzgerald alleged the following violation of the conditions of supervised release:

1. Consuming cocaine, a controlled substance, on or before May 28, June 26, July 7, and August 13, 2008, all in violation of standard condition 7.

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred. (Dkt. 190.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 17th day of September, 2008.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
AUSA: Patricia C. Lally
Defendant's attorney: Lee A. Covell
Probation officer: Jennifer Tien, Lorraine Bolle for Thomas J. Fitzgerald