UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALVIN LOUIS GLASS,<br><br>    Defendant. | CASE NO.  CR06-0192-JCC<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An initial hearing on supervised release revocation in this case was scheduled before me on December 21, 2010.  The United States was represented by AUSA Stephen Hobbs and the defendant by Lee A. Covell. The proceedings were digitally recorded.

Defendant had been sentenced on or about December 1, 2006 by the Honorable John C. Coughenour on a charge of Conspiracy to Commit Bank Fraud, and sentenced to 24 months custody, 3 years supervised release. (Dkt. 144.)

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a drug program, abstain from alcohol, submit to search, participate in a mental health program, pay restitution in the amount of $34,281.97, provide

access to financial information, disclose all assets and liabilities, and be prohibited from obtaining any identification documents in any but his true legal name.

The conditions of supervision were modified on February 27, 2008 to require residence and successful participation in a residential reentry program for up to 120 days.

On September 17, 2008, defendant admitted violating the conditions of supervised release by consuming cocaine. (Dkt. 192.) Supervised release was modified to require participation in a home confinement program with electronic monitoring for up to 120 days. (Dkt. 200.) On August 5, 2010, supervised release was further modified to require successful participation in a residential reentry center program for up to 90 days. (Dkt. 202.)

In an application dated September 3, 2010, United States Probation Officer Jennifer Van Flandern reported that defendant had violated the conditions of supervised release by failing to reside in and satisfactorily participate in a residential reentry center program on August 13, 2010, as directed by the probation office, in violation of the special condition requiring him to reside and participate in an RRC for up to 90 days as directed. (Dkt. 203, 204.) Defendant was arrested in the Eastern District of California and transferred to this District. (Dkt. 206.)

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this 21st day of December, 2010.

                                            /s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:           Honorable John C. Coughenour
     AUSA:                     Patricia C. Lally, Stephen Hobbs
     Defendant's attorney:     Lee A. Covell
     Probation officer:        Jennifer Van Flandern

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3